UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                    CR. NO. 05-80097

        vs.                            HONORABLE VIRGINIA M. MORGAN

LAVALAS EXTON,

        Defendant.
_____/

## ORDER

THIS MATTER, having come before the Court on the stipulation of the parties:

IT IS HEREBY ORDERED that the motion cut-off date is extended from **May 8, 2005, to Wednesday, June 8, 2005.**

The Court finds that, based upon the reasons stated in the stipulation, the ends of justice are served by granting this adjournment and therefore the time from October 14, 2004, until December 13, 2004, constitutes excludable delay under the Speedy Trial Act. 18 U.S.C. 3161(h)(1)(I) and (h)(8)(B)(iv).

**SO ORDERED:**

                                              s/Virginia M. Morgan
                                              HONORABLE VIRGINIA M. MORGAN
                                              UNITED STATES DISTRICT JUDGE

Entered: May 10, 2005